UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-24022-BLOOM/Otazo-Reyes**

XYZ CORPORATION,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal as to Certain Defendants Only, ECF No. [23] ("Notice"), filed on January 12, 2023. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [23]** is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE** as to the following Defendants: Runko (Defendant No. 1 on Schedule "A" to the Complaint), Tangos-US (Defendant No. 2 on Schedule "A" to the Complaint), RUNVIAN-US (Defendant No. 4 on Schedule "A" to the Complaint), Beavo (Defendant No. 5 on Schedule "A" to the Complaint), Saiber-Store (Defendant No. 6 on Schedule "A" to the Complaint), BOYKODirect (Defendant No. 7 on Schedule "A" to the Complaint), LuckyField (Defendant No. 9 on Schedule "A" to the Complaint), ALEVEL (Defendant No. 10 on Schedule "A" to the Complaint), DOYOLTADIRECT (Defendant No. 11 on Schedule "A" to the Complaint), GDYJ-US (Defendant No. 12 on Schedule "A" to the Complaint),

Case No. 22-cv-24022-BLOOM/Otazo-Reyes

FACOI (Defendant No. 14 on Schedule "A" to the Complaint), NexFanUS (Defendant No. 16 on Schedule "A" to the Complaint), G-HomeUS (Defendant No. 21 on Schedule "A" to the Complaint), LoveSunshine (Defendant No. 22 on Schedule "A" to the Complaint), YEELV (Defendant No. 23 on Schedule "A" to the Complaint), GOOLY-US (Defendant No. 24 on Schedule "A" to the Complaint), wsdccom (Defendant No. 25 on Schedule "A" to the Complaint), HUAND.DX (Defendant No. 27 on Schedule "A" to the Complaint), Shuangyang (Defendant No. 29 on Schedule "A" to the Complaint), LIMEUP (Defendant No. 30 on Schedule "A" to the Complaint), LJexcellence (Defendant No. 32 on Schedule "A" to the Complaint), INNOElectronics (Defendant No. 33 on Schedule "A" to the Complaint), Freshnewlooks Defendant No. 36 on Schedule "A" to the Complaint), huapingus2 (Defendant No. 37 on Schedule "A" to the Complaint), lightspot (Defendant No. 39 on Schedule "A" to the Complaint), Kidsjoy (Defendant No. 41 on Schedule "A" to the Complaint), ShellChuang (Defendant No. 43 on Schedule "A" to the Complaint), Lmgy (Defendant No. 44 on Schedule "A" to the Complaint), GoldoceanLJY (Defendant No. 46 on Schedule "A" to the Complaint), LIUSONWING (Defendant No. 48 on Schedule "A" to the Complaint), Mrutyiu Defendant No. 50 on Schedule "A" to the Complaint), KPSSLLC (Defendant No. 51 on Schedule "A" to the Complaint), NICESERVER (Defendant No. 52 on Schedule "A" to the Complaint), GOLDENHARBOR (Defendant No. 53 on Schedule "A" to the Complaint), USHT (Defendant No. 55 on Schedule "A" to the Complaint), Qremove (Defendant No. 56 on Schedule "A" to the Complaint), USAILISI (Defendant No. 58 on Schedule "A" to the Complaint), SamboisDirect (Defendant No. 60 on Schedule "A" to the Complaint), SamBoKe (Defendant No. 61 on Schedule "A" to the Complaint), XinGung-US (Defendant No. 62 on Schedule "A" to the Complaint), CHANGJIE (Defendant No. 63 on

Schedule "A" to the Complaint), GezhiUS (Defendant No. 65 on Schedule "A" to the Complaint), StarGinzStore-US (Defendant No. 66 on Schedule "A" to the Complaint), Amice-cn (Defendant No. 67 on Schedule "A" to the Complaint), Miaoban (Defendant No. 68 on Schedule "A" to the Complaint), TOYSLOFTY (Defendant No. 69 on Schedule "A" to the Complaint), Darkant (Defendant No.70 on Schedule "A" to the Complaint), Vansmago (Defendant No. 72 on Schedule "A" to the Complaint), Whaleme (Defendant No. 75 on Schedule "A" to the Complaint), Yamazakura-US (Defendant No. 76 on Schedule "A" to the Complaint), YiTing-US (Defendant No. 78 on Schedule "A" to the Complaint), Rycoss (Defendant No. 79 on Schedule "A" to the Complaint), Sunnydirect (Defendant No. 86 on Schedule "A" to the Complaint), YamyshineStore (Defendant No. 91 on Schedule "A" to the Complaint), Hailanshii (Defendant No. 104 on Schedule "A" to the Complaint), iloner (Defendant No. 106 on Schedule "A" to the Complaint), GonsinyUS (Defendant No. 107 on Schedule "A" to the Complaint), LCMEITOY (Defendant No. 108 on Schedule "A" to the Complaint), Doperf (Defendant No. 109 on Schedule "A" to the Complaint), DS-I (Defendant No. 110 on Schedule "A" to the Complaint), TikduckInc. (Defendant No. 111 on Schedule "A" to the Complaint), Weifangmiaomiaowushangmaoyouxiangongsi (Defendant No. 112 on Schedule"A" to the Complaint), jiafengjun (Defendant No. 113 on Schedule "A" to the Complaint), MEETHAPPY (Defendant No. 114 on Schedule "A" to the Complaint), BeginCycle (Defendant No. 115 on Schedule "A" to the Complaint), AuckUS (Defendant No. 116 on Schedule "A" to the Complaint), PICKLEPOWER (Defendant No. 117 on Schedule "A" to the Complaint), FlyingBallToyDirect(SY) (Defendant No. 118 on Schedule "A" to the Complaint), YINYICHAO-TECH (Defendant No. 119 on Schedule "A" to the Complaint), ToysHacker (Defendant No. 120 on Schedule "A" to the Complaint), AMZMTUS

(Defendant No. 121 on Schedule "A" to the Complaint), Mesictosvz (Defendant No. 122 on Schedule "A" to the Complaint), LuTengMaoYi (Defendant No. 123 on Schedule "A" to the Complaint), OHYEAHToyz (Defendant No. 124 on Schedule "A" to the Complaint), B-Qtech (Defendant No. 126 on Schedule "A" to the Complaint), SHSTORE (Defendant No. 127 on Schedule "A" to the Complaint), huangxingyangdian (Defendant No. 128 on Schedule "A" to the Complaint), Aminuokeji (Defendant No. 130 on Schedule "A" to the Complaint), AZFU (Defendant No. 131 on Schedule "A" to the Complaint), EMOSS (Defendant No. 132 on Schedule "A" to the Complaint), AcronUS (Defendant No. 133 on Schedule "A" to the Complaint), ETPlanetUS (Defendant No. 134 on Schedule "A" to the Complaint), Gfs-Direct (Defendant No. 135 on Schedule "A" to the Complaint), Tdchl-US (Defendant No. 136 on Schedule "A" to the Complaint), Jww.Inc (Defendant No. 137 on Schedule "A" to the Complaint), Skynova (Defendant No. 139 on Schedule "A" to the Complaint), JHZTECH (Defendant No. 140 on Schedule "A" to the Complaint), Ebears (Defendant No. 142 on Schedule "A" to the Complaint), KIDSTOYFUNStore (Defendant No. 143 on Schedule "A" to the Complaint), BIAOLING (Defendant No. 144 on Schedule "A" to the Complaint), Vcolie (Defendant No. 145 on Schedule "A" to the Complaint), Cuilianxyx (Defendant No. 146 on Schedule "A" to the Complaint), JiunaiInternational (Defendant No. 148 on Schedule "A" to the Complaint), shenzhenyoushiqishengdianziyouxiangongsi (Defendant No. 149 on Schedule "A" to the Complaint), Aisite-US (Defendant No. 221 on Schedule "A" to the Complaint), GLONE-US (Defendant No. 222 on Schedule "A" to the Complaint), S&ZMarketplaceMaestro (Defendant No. 223 on Schedule "A" to the Complaint), TNTrendyProducts (Defendant No. 225 on Schedule "A" to the Complaint), XINHOMEInc. (Defendant No. 226 on Schedule "A" to the Complaint), Afdealshop (Defendant No. 163 on Schedule "A" to the

Complaint), goodmart99 (Defendant No. 165 on Schedule "A" to the Complaint), botasy2017 (Defendant No. 203 on Schedule "A" to the Complaint), winbetter-08 (Defendant No. 206 on Schedule "A" to the Complaint), healthcare-2021 (Defendant No. 216 on Schedule "A" to the Complaint), szhailixuan (Defendant No. 217 on Schedule "A" to the Complaint), beautymall0 (Defendant No. 220 on Schedule "A" to the Complaint), halx1201 (Defendant No. 279on Schedule "A" to the Complaint), hoeyti578 (Defendant No. 286 on Schedule "A" to the Complaint), mysom2101 (Defendant No. 320 on Schedule "A" to the Complaint);

3. The case shall proceed against all remaining Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 12, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record