UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-cv-24022-BB

DONGGUAN TESMAI ELECTRONIC
TECHNOLOGY CO., LTD,

    Plaintiff,

    v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

    PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses without prejudice all claims against the following Defendants:

    theosales79 (Defendant No. 151 on Schedule "A" to the Complaint)

    kuahor-14 (Defendant No. 153 on Schedule "A" to the Complaint)

    aplusinc (Defendant No. 155 on Schedule "A" to the Complaint)

    visionsseenclearlymarketing (Defendant No. 157 on Schedule "A" to the Complaint)

    onlyseven-2008 (Defendant No. 162 on Schedule "A" to the Complaint)

    Mount Bear Workshop (Defendant No. 166  on Schedule "A" to the Complaint)

    cor7421 (Defendant No. 167 on Schedule "A" to the Complaint)

    qnicham_0 (Defendant No. 168 on Schedule "A" to the Complaint)

    zekarobi-0 (Defendant No. 169 on Schedule "A" to the Complaint)

uscommercestore (Defendant No. 170 on Schedule "A" to the Complaint)

I.A.F.F STORE (Defendant No. 173  on Schedule "A" to the Complaint)

Home Decor By Jonco (Defendant No. 176  on Schedule "A" to the Complaint)

LondonGifts4U (Defendant No. 177  on Schedule "A" to the Complaint)

faalmu-2 (Defendant No. 179 on Schedule "A" to the Complaint)

ericy23 (Defendant No. 180 on Schedule "A" to the Complaint)

Teddy House (Defendant No. 185 on Schedule "A" to the Complaint)

tyranekmino0 (Defendant No. 186 on Schedule "A" to the Complaint)

B4ItsGone Shopping (Defendant No. 188  on Schedule "A" to the Complaint)

lvdeals247 (Defendant No. 192 on Schedule "A" to the Complaint)

Danie's Delights (Defendant No. 193  on Schedule "A" to the Complaint)

3.2.1 USA Store (Defendant No. 194  on Schedule "A" to the Complaint)

RomKidShop (Defendant No. 195  on Schedule "A" to the Complaint)

Avionics Masters (Defendant No. 196  on Schedule "A" to the Complaint)

Kay B Express (Defendant No. 198  on Schedule "A" to the Complaint)

everydayideas (Defendant No. 201 on Schedule "A" to the Complaint)

lilysliquidations (Defendant No. 212 on Schedule "A" to the Complaint)

shonti_shop (Defendant No. 214 on Schedule "A" to the Complaint)

bonitatienda (Defendant No. 215 on Schedule "A" to the Complaint)

aambrozis (Defendant No. 237 on Schedule "A" to the Complaint)

ablesupplies (Defendant No. 238 on Schedule "A" to the Complaint)

ahausom (Defendant No. 243 on Schedule "A" to the Complaint)

applecheek (Defendant No. 245 on Schedule "A" to the Complaint)

beginbuy_1111 (Defendant No. 248 on Schedule "A" to the Complaint)

braus.fczctw9uf (Defendant No. 253 on Schedule "A" to the Complaint)

buyhotitemscheap (Defendant No. 254 on Schedule "A" to the Complaint)

campingbuddy (Defendant No. 255 on Schedule "A" to the Complaint)

casshforyou (Defendant No. 257 on Schedule "A" to the Complaint)

centricogeneral (Defendant No. 258 on Schedule "A" to the Complaint)

cheadeshiel_0 (Defendant No. 259 on Schedule "A" to the Complaint)

edrick4384 (Defendant No. 265 on Schedule "A" to the Complaint)

elizcrone88 (Defendant No. 267 on Schedule "A" to the Complaint)

ellaboutique0218 (Defendant No. 268 on Schedule "A" to the Complaint)

everydaygadgetz (Defendant No. 270 on Schedule "A" to the Complaint)

gavins7692 (Defendant No. 277 on Schedule "A" to the Complaint)

ggilrane626 (Defendant No. 278 on Schedule "A" to the Complaint)

hayleyjen-94 (Defendant No. 281 on Schedule "A" to the Complaint)

toretaili (Defendant No. 285 on Schedule "A" to the Complaint)

jorodr5325 (Defendant No. 295 on Schedule "A" to the Complaint)

kissie_rodz (Defendant No. 300 on Schedule "A" to the Complaint)

laqjoh69 (Defendant No. 305 on Schedule "A" to the Complaint)

laralobos (Defendant No. 306 on Schedule "A" to the Complaint)

lesim-497505 (Defendant No. 308 on Schedule "A" to the Complaint)

linycetees (Defendant No. 310 on Schedule "A" to the Complaint)

mglassstore (Defendant No. 313  on Schedule "A" to the Complaint)

maxlongis-74 (Defendant No. 314 on Schedule "A" to the Complaint)

mickylebarrett41 (Defendant No. 316 on Schedule "A" to the Complaint)

natri_5881 (Defendant No. 321 on Schedule "A" to the Complaint)

newyorkers2018 (Defendant No. 322 on Schedule "A" to the Complaint)

ottostore (Defendant No. 324 on Schedule "A" to the Complaint)

peakyblindah (Defendant No. 326 on Schedule "A" to the Complaint)

pesimo_48 (Defendant No. 327 on Schedule "A" to the Complaint)

peyry_47 (Defendant No. 328 on Schedule "A" to the Complaint)

philgood4life (Defendant No. 329 on Schedule "A" to the Complaint)

qayssar1 (Defendant No. 334 on Schedule "A" to the Complaint)

rebwhi4024 (Defendant No. 338 on Schedule "A" to the Complaint)

rideksshop (Defendant No. 340 on Schedule "A" to the Complaint)

rscotty16 (Defendant No. 341 on Schedule "A" to the Complaint)

saleh1992 (Defendant No. 342 on Schedule "A" to the Complaint)

salesystemswarriors (Defendant No. 343 on Schedule "A" to the Complaint)

westbf78 (Defendant No. 344 on Schedule "A" to the Complaint)

securityvision24 (Defendant No. 346 on Schedule "A" to the Complaint)

seeitwesell2 (Defendant No. 347 on Schedule "A" to the Complaint)

sell4sale (Defendant No. 348 on Schedule "A" to the Complaint)

sergitsurkano_0 (Defendant No. 349 on Schedule "A" to the Complaint)

shpro-38 (Defendant No. 352 on Schedule "A" to the Complaint)

sofilee-ecommerce (Defendant No. 359 on Schedule "A" to the Complaint)

Respectfully submitted on this 21st day of January, 2023.

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff

8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: apuentes@rubiolegal.cm
Email: info@rubiolegal.com


By:*/s/ Humberto Rubio*
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433
Felipe Rubio, Esq.
Florida Bar No. 123059
M. Arabella Puentes, Esq
Florida Bar No. 26825