UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-cv-24022-BB

DONGGUAN TESMAI ELECTRONIC
TECHNOLOGY CO., LTD,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

## PROOF OF SERVICE

I certify and declare that I am over the age of 18 years, working in Miami-Dade, and I am an attorney for Plaintiff, Dongguan Tesmai Electronic Technology Co Ltd, in the above captioned action.  As related to the summons in this case issued for Runko and all other Defendants identified in Schedule 'A' of the Complaint and after having received e-mail contact information for Defendants, on January 19, 2023, the Law Firm of Rubio & Associates PA effectuated service of process on the Defendants by emailing copy of the Complaint, Issued Summons and Sealed Temporary Restraining Order.  In addition, service of process was also effectuated by publication by posting a true and correct copy of the Complaint, Issued Summons and additional documents filed in this case on the website: https://drive.google.com/drive/folders/1TBv8UkrMx1iujObC21fIxd81-X7kNRZW

The above has been carried out as permitted by this Court's orders.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

Executed on this 20th day of January, 2023.

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: apuentes@rubiolegal.cm
Email: info@rubiolegal.com
By:/s/ *Humberto Rubio*
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433
Felipe Rubio, Esq.
Florida Bar No. 123059
M. Arabella Puentes, Esq.
Florida Bar No. 26825