UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-24022-BLOOM/Otazo-Reyes

XYZ CORPORATION,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

_____ /

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal as to Certain Defendants Only, ECF No. [31] ("Notice"), filed on January 23, 2023. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [31]** is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE** as to Defendant No. 49 on Schedule "A" to the Complaint, MilesRetail.

3. The case shall proceed against all remaining Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 23, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record