Case No. 22-cv-24022-BLOOM/Otazo-Reyes

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 22-cv-24022-BLOOM/Otazo-Reyes

XYZ CORPORATION,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

     Defendants.

_____/

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Default Final Judgment against certain defendants ("Motion"), ECF No. [69]. The Motion was granted for the reasons stated in the Court's Order on Motion for Default Final Judgment. Pursuant to Federal Rule of Civil Procedure 58 (a), the Court enters this separate Default Final Judgment.

Accordingly, it **IS ORDERED AND ADJUDGED** as follows:

1.    Judgment is entered in favor of Plaintiff, Dogguan Tesmai Eletronic Technology Co Ltd. ("Plaintiff"), and against Defendants listed on the attached Schedule "A".

2.    The Court awards statutory damages of One Hundred Fifty Thousand U.S. Dollars ($150,000.00) in favor of the Plaintiff from each Defendant pursuant to 17 U.S.C. § 504(c).

3.    The Court enters a permanent injunction against Defendants as follows:

    i.    Each Defendant listed on Schedule A attached hereto, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert

1

or participation with any Defendant having notice of this Order are permanently restrained and enjoined from: using Plaintiff's Patent and Plaintiff Copyrights ("Plaintiff's IP Rights") in marketing, advertising, soliciting, or display, derivative or directly, which is not directly authorized by Plaintiff.

ii. Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant and those with notice of this Permanent Injunction, including, without limitation, all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to AliExpress, Amazon, Ebay, Joom, Wish, DHGate and Walmart, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and Internet search engines such as Google, Bing and Yahoo (collectively, the "Third Party Providers") and their related companies and affiliates on which this Court imposed restraints under the Preliminary Injunction, ECF No. [32] shall:

1.) Immediately and permanently discontinue the use of the Plaintiff's IP Rights, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based ecommerce stores operating under the Seller IDs; and

2.) Apply any funds currently in Defendants' financial accounts to satisfy the monetary judgments.

Case No. 22-cv-24022-BLOOM/Otazo-Reyes

4.      The Clerk is directed to release the bond posted by Plaintiff in the amount of Ten Thousand U.S. Dollars ($10,000.00) to Plaintiff.

5.      The Clerk of Court shall **CLOSE** this case.

6.      To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

7.      The Court retains jurisdiction to enforce this Default Final Judgment.

 **DONE AND ORDERED** in Chambers at Miami, Florida, on April 4, 2023.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Schedule A

| Def No. | Platform | Name | Store ID |
|---------|----------|------|----------|
| 13 | Amazon | GiftShop US Store | https://www.amazon.com/sp?ie=UTF8&seller=AQ6WAZTCNB2JV |
| 15 | Amazon | XIAOKLA | https://www.amazon.com/sp?ie=UTF8&seller=A2YXBP3DZM80RI |
| 17 | Amazon | LDW Toys Store-US | https://www.amazon.com/sp?ie=UTF8&seller=A1W30MXYYJDZ62 |
| 19 | Amazon | Crystalwill Store | https://www.amazon.com/sp?ie=UTF8&seller=A1AXQA3A11CGEV |
| 20 | Amazon | WRQGGSMC | https://www.amazon.com/sp?ie=UTF8&seller=AX5AA26U9FMU0 |
| 26 | Amazon | zhouyujie2541 | https://www.amazon.com/sp?ie=UTF8&seller=A21A9UP40KFBU0 |
| 31 | Amazon | AutumnZQR | https://www.amazon.com/sp?ie=UTF8&seller=A2AY5RSF15CH96 |
| 34 | Amazon | PinkClouds-US | https://www.amazon.com/sp?ie=UTF8&seller=AZ9ZH06ZUPHW1 |
| 35 | Amazon | Wangyunjieshangmao | https://www.amazon.com/sp?ie=UTF8&seller=AU7VX27Y9KHYA |
| 38 | Amazon | berong trading | https://www.amazon.com/sp?ie=UTF8&seller=A1CYIXSWNG3Z03 |
| 40 | Amazon | Yongchun Tanwen Trading Co., Ltd. | https://www.amazon.com/sp?ie=UTF8&seller=A2JPS67DQLYLPL |
| 42 | Amazon | Ksera Official | https://www.amazon.com/sp?ie=UTF8&seller=A2ZZHUA9SRIL8 |
| 45 | Amazon | yeshanfushi | https://www.amazon.com/sp?ie=UTF8&seller=AK85O51IBI75N |
| 47 | Amazon | Davis Darlene | https://www.amazon.com/sp?ie=UTF8&seller=A2JJNVM1BFF0JZ |
| 54 | Amazon | yuan jian shang mao | https://www.amazon.com/sp?ie=UTF8&seller=A1BLJB31KIAOHP |
| 57 | Amazon | TANTANMAOYI | https://www.amazon.com/sp?ie=UTF8&seller=ARB6IFCGPP2WJ |
| 59 | Amazon | Eletespt | https://www.amazon.com/sp?ie=UTF8&seller=A3RPLEJBTJ5VYW |
| 64 | Amazon | yixuanlai | https://www.amazon.com/sp?ie=UTF8&seller=A1FYH9QXQSGVTY |
| 73 | Amazon | hanpeilaingdedianpu | https://www.amazon.com/sp?ie=UTF8&seller=A2L5KUQMN1U2EA |
| 77 | Amazon | HBTSW-US | https://www.amazon.com/sp?ie=UTF8&seller=A17NMPNXA4BIIG |
| 80 | Amazon | hualaitedianzi | https://www.amazon.com/sp?ie=UTF8&seller=A1JUNC0UDRWGGU |
| 81 | Amazon | Plush Toys Direct | https://www.amazon.com/sp?ie=UTF8&seller=A2ICGF91UTY44V |
| 82 | Amazon | YiChangMiaoHuaDianZiShangWuYouXianZeRenGongSi | https://www.amazon.com/sp?ie=UTF8&seller=A1C27T3ELCX2NN |
| 83 | Amazon | SL-AMZ-US | https://www.amazon.com/sp?ie=UTF8&seller=A3GJTJZ3CB8JIW |
| 84 | Amazon | CHETYN | https://www.amazon.com/sp?ie=UTF8&seller=A3055G8RG00A25 |
| 85 | Amazon | Am Bulan | https://www.amazon.com/sp?ie=UTF8&seller=AQ5N0Z8YZ8UAF |
| 87 | Amazon | lordford | https://www.amazon.com/sp?ie=UTF8&seller=A1CLGGBXRGS6PB |
| 88 | Amazon | shanxisunsusuxinxixunfuwuyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A3H3XQCPO1TDIS |
| 89 | Amazon | daixinyuan2354 | https://www.amazon.com/sp?ie=UTF8&seller=A2X3PE9W40BQST |
| 90 | Amazon | GTCD | https://www.amazon.com/sp?ie=UTF8&seller=A26QU1K7QAPWM1 |
| 92 | Amazon | Piolori | https://www.amazon.com/sp?ie=UTF8&seller=A25SOSL9K2IXPZ |
| 93 | Amazon | jingbangkeji | https://www.amazon.com/sp?ie=UTF8&seller=A16F6S6ZBT4MMB |
| 94 | Amazon | xiaopengdianqi | https://www.amazon.com/sp?ie=UTF8&seller=A1X2JGBPBU1KDZ |
| 95 | Amazon | GuangZhouHongYouShangMaoYouXianGongSi | https://www.amazon.com/sp?ie=UTF8&seller=A1JNRW6KTDSJ6K |
| 96 | Amazon | pu tian shi lin yun zhi mao yi you xian gong si | https://www.amazon.com/sp?ie=UTF8&seller=A1OHP7UU17SIQB |
| 97 | Amazon | US-haohaozhuanmai | https://www.amazon.com/sp?ie=UTF8&seller=AIJR58HU412HU |
| 98 | Amazon | TruProd24 | https://www.amazon.com/sp?ie=UTF8&seller=A1I5QRDLR05CTS |
| 99 | Amazon | shishishidaweiyebianlidian | https://www.amazon.com/sp?ie=UTF8&seller=A2TPIDG2YL379S |
| 100 | Amazon | wanbaiyibaihuodian | https://www.amazon.com/sp?ie=UTF8&seller=A2N69MDO0GR04NQ |
| 101 | Amazon | Skeathery | https://www.amazon.com/sp?ie=UTF8&seller=AZJIWF83Y9YNT |
| 102 | Amazon | qianzhao shop | https://www.amazon.com/sp?ie=UTF8&seller=A3CWLS8E70EMDY |
| 125 | Amazon | HAMIQI® | https://www.amazon.com/sp?ie=UTF8&seller=AOAGSH2UJSIVN |
| 138 | Amazon | FYCX | https://www.amazon.com/sp?ie=UTF8&seller=A3AVY1DAPYUC6D |
| 141 | Amazon | BMB Global | https://www.amazon.com/sp?ie=UTF8&seller=A3F1VAIMK1JU1R |
| 147 | Amazon | Julian Chavista | https://www.amazon.com/sp?ie=UTF8&seller=AHLYVW23T4IOQ |
| 150 | EBAY | tbeatstore | https://www.ebay.com/usr/tbeatstore |
| 152 | EBAY | YouDoNeedIt2021 | https://www.ebay.com/str/youdoneedit2021 |
| 154 | EBAY | wanttotoo1 | https://www.ebay.com/str/wanttotoo1 |
| 156 | EBAY | ADSTYLE | https://www.ebay.com/str/adoldfound |
| 159 | EBAY | niceonline-deals | https://www.ebay.com/str/niceonlinedeals |
| 160 | EBAY | vidurharsh | https://www.ebay.com/usr/vidurharsh |
| 161 | EBAY | 325199z | https://www.ebay.com/str/325199z |
| 164 | EBAY | ushoppings | https://www.ebay.com/str/ushoppings |
| 171 | EBAY | experioma | https://www.ebay.com/usr/experioma |
| 172 | EBAY | BIG FASTER STORE | https://www.ebay.com/str/bigfasterstore |
| 174 | EBAY | lyloc-57 | https://www.ebay.com/str/lyloc57 |
| 175 | EBAY | Festh | https://www.ebay.com/str/festh |
| 178 | EBAY | ususcifbuy | https://www.ebay.com/str/ususcifbuy |
| 181 | EBAY | MyAstonishingStore | https://www.ebay.com/str/myastonishingstore |
| 182 | EBAY | Mt.Fuji-premium  store | https://www.ebay.com/str/mtfujipremiumstore |
| 183 | EBAY | MySurprisingStore | https://www.ebay.com/str/mysurprisingstore |
| 184 | EBAY | shatam_330 | https://www.ebay.com/str/shatam330 |
| 187 | EBAY | toptenitems | https://www.ebay.com/str/toptenitems |
| 189 | EBAY | timetobuy.1 | https://www.ebay.com/usr/timetobuy.1 |
| 190 | EBAY | sanywebstores | https://www.ebay.com/usr/sanywebstores |
| 191 | EBAY | Center-Deal | https://www.ebay.com/str/centerdeal |
| 197 | EBAY | ShopJerusalem | https://www.ebay.com/str/shopjerusalem |
| 199 | EBAY | ama676195 | https://www.ebay.com/str/ama676195 |

| 202 | EBAY | buahnan-36 | https://www.ebay.com/usr/buahnan-36 |
|---|---|---|---|
| 204 | EBAY | Dream And Buy | https://www.ebay.com/str/dreamandbuy |
| 207 | EBAY | growsly | https://www.ebay.com/str/growsly |
| 208 | EBAY | Toyapple | https://www.ebay.com/str/toyapple |
| 209 | EBAY | mdfastmart | https://www.ebay.com/str/mdfastmart |
| 210 | EBAY | RonHotStore | https://www.ebay.com/str/ronhotstore |
| 213 | EBAY | japan-excite store | https://www.ebay.com/str/japanexcitestore |
| 218 | EBAY | mdamdealstore | https://www.ebay.com/str/mdamdealstore |
| 219 | EBAY | japan_izmstore | https://www.ebay.com/str/japanizmstore |
| 227 | Amazon | weironghh | https://www.amazon.com/sp?ie=UTF8&seller=A31OKO37SSJC38 |
| 228 | Amazon | anqingangaoshangmaoyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A2TZ6D70XR6QQ9 |
| 229 | Amazon | Ball Toys | https://www.amazon.com/sp?ie=UTF8&seller=A3EGCNV0PG0FM6 |
| 230 | Amazon | ChenFuDi | https://www.amazon.com/sp?ie=UTF8&seller=A1F7RL2SWY62PP |
| 231 | Amazon | 五莲鑫明电子商务有限公司 | https://www.amazon.com/sp?ie=UTF8&seller=A25N3MMFPRPLQ9 |
| 232 | Amazon | EMPTY SETØ | https://www.amazon.com/sp?ie=UTF8&seller=A10IY2ADPPX3BR |
| 233 | Amazon | Good fair | https://www.amazon.com/sp?ie=UTF8&seller=A35EQDVS399MHK |
| 234 | Amazon | ling-tech | https://www.amazon.com/sp?ie=UTF8&seller=A1GD03PUE2J4FQ |
| 236 | EBAY | 5squaremeters | https://www.ebay.com/usr/5squaremeters |
| 239 | EBAY | Cet Langet Store | https://www.ebay.com/str/cetlangetstore |
| 240 | EBAY | ad927312 | https://www.ebay.com/usr/ad927312 |
| 242 | EBAY | agfa7451 | https://www.ebay.com/str/agfa7451 |
| 244 | EBAY | ahmerhasnain | https://www.ebay.com/usr/ahmerhasnain |
| 246 | EBAY | ballet2020 | https://www.ebay.com/usr/balletdoll |
| 247 | EBAY | trustedstore555 | https://www.ebay.com/usr/trustedstore555 |
| 249 | EBAY | bemiso-us | https://www.ebay.com/str/topfes |
| 250 | EBAY | yoshmura27 | https://www.ebay.com/str/cooljapanm |
| 251 | EBAY | yataming | https://www.ebay.com/usr/yataming |
| 256 | EBAY | Candy-gem | https://www.ebay.com/str/candygem |
| 261 | EBAY | cmt368 | https://www.ebay.com/usr/cmt368 |
| 262 | EBAY | cozicorner_7 | https://www.ebay.com/str/cozicorner_7 |
| 263 | EBAY | dayafern18 | https://www.ebay.com/usr/dayafern18 |
| 264 | EBAY | dream_line | https://www.ebay.com/usr/dream_line |
| 266 | EBAY | ehub-9853 | https://www.ebay.com/usr/ehub-9853 |
| 269 | EBAY | eugine.-75 | https://www.ebay.com/usr/eugine.-75 |
| 271 | EBAY | fasdfwe5554 | https://www.ebay.com/str/fasdfwe5554 |
| 273 | EBAY | favouritepower | https://www.ebay.com/str/favouritepower |
| 274 | EBAY | yashinewmart | https://www.ebay.com/str/yashinewmart |
| 275 | EBAY | funweek106 | https://www.ebay.com/str/proccamerageardeal |
| 276 | EBAY | fvt2018 | https://www.ebay.com/str/fvt2018 |
| 280 | EBAY | happy_leaves | https://www.ebay.com/usr/happy_leaves |
| 282 | EBAY | str/xiangjunyu8 | https://www.ebay.com/str/xiangjunyu8 |
| 284 | EBAY | travelsky5 | https://www.ebay.com/str/travelsky5 |
| 287 | EBAY | hosh-796979 | https://www.ebay.com/usr/hosh-796979 |
| 288 | EBAY | hotspotaccessory58 | https://www.ebay.com/str/hotspotaccessory58 |
| 290 | EBAY | icolumna | https://www.ebay.com/usr/icglobalsales |
| 292 | EBAY | itco-5264 | https://www.ebay.com/usr/itco-5264 |
| 293 | EBAY | jdis-8 | https://www.ebay.com/usr/jdis-8 |
| 294 | EBAY | jersey2023 | https://www.ebay.com/str/jersey2023 |
| 296 | EBAY | kavwijaya0 | https://www.ebay.com/usr/kavwijaya0 |
| 297 | EBAY | kazu_japan | https://www.ebay.com/usr/individtokyo |
| 298 | EBAY | keridk865 | https://www.ebay.com/str/keridk865 |
| 299 | EBAY | kingcoodirect | https://www.ebay.com/str/kingcoodirect |
| 301 | EBAY | Ksaier | https://www.ebay.com/str/goldsaler |
| 302 | EBAY | topdigitalcity | https://www.ebay.com/usr/topdigitalcity |
| 304 | EBAY | lankinomart | https://www.ebay.com/usr/lankinomart |
| 307 | EBAY | lchitashop | https://www.ebay.com/str/lchitashop |
| 312 | EBAY | lutfni0 | https://www.ebay.com/usr/lutfni0 |
| 317 | EBAY | mohaha8615 | https://www.ebay.com/usr/mohaha8615 |
| 318 | EBAY | worthhaving9 | https://www.ebay.com/usr/worthhaving9 |
| 319 | EBAY | mrumaiz | https://www.ebay.com/usr/mrumaiz |
| 323 | EBAY | nobumi | https://www.ebay.com/str/nvalue |
| 325 | EBAY | outlets_68city | https://www.ebay.com/usr/outlets_68city |
| 332 | EBAY | prabjayas_28 | https://www.ebay.com/usr/prabjayas_28 |
| 333 | EBAY | pst81hj60 | https://www.ebay.com/str/storeben5099 |
| 335 | EBAY | qingmos | https://www.ebay.com/str/qingmos |
| 336 | EBAY | rakko-20 | https://www.ebay.com/str/walife |
| 337 | EBAY | ravimeshd0 | https://www.ebay.com/usr/ravimeshd0 |
| 339 | EBAY | reznikstore | https://www.ebay.com/str/reznikstore |

| 345 | EBAY | sweypvep | https://www.ebay.com/str/sweypvep |
|---|---|---|---|
| 350 | EBAY | sevencolorslighting | https://www.ebay.com/str/sevencolorslighting |
| 351 | EBAY | warnakulvinithar-0 | https://www.ebay.com/usr/warnakulvinithar-0 |
| 353 | EBAY | si_845901 | https://www.ebay.com/str/si845901 |
| 355 | EBAY | skymagic2019 | https://www.ebay.com/str/skymagic2019 |
| 356 | EBAY | smileh95 | https://www.ebay.com/str/yourpurchaseshere |
| 357 | EBAY | snailhouse9 | https://www.ebay.com/usr/snailhouse9 |
| 360 | EBAY | souseidoh_japan | https://www.ebay.com/str/souseidohcamerajapan |
| 361 | EBAY | stevengem8 | https://www.ebay.com/str/stevengem8 |